**No. 11-5661. Gary Lee Smith, Petitioner v. United States.**

565 U.S. 918, 132 S. Ct. 338, 181 L. Ed. 2d 211, 2011 U.S. LEXIS 6178.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 409 Fed. Appx. 984.